# Exhibit B

EIGHTH JUDICIAL DISTRICT - DUCHESNE DISTRICT COURT
DUCHESNE COUNTY, STATE OF UTAH


CORWIN MURRAY vs. ALPHABET INC et al.
CASE NUMBER 260800016 Slander/Libel/Defam                    **** PRIVATE ****
_____

CURRENT ASSIGNED JUDGE
        SAMUEL P CHIARA


PARTIES
        Plaintiff - CORWIN MURRAY
        Represented by: RYAN BELL
        Represented by: KEITH SAYLIN

        Defendant - ALPHABET INC
        Represented by: JOHN PEARCE
        Represented by: SAMANTHA TIDWELL

        Defendant - GOOGLE LLC
        Represented by: JOHN PEARCE
        Represented by: SAMANTHA TIDWELL


ACCOUNT SUMMARY
            Total Revenue Amount Due:        625.00
                          Amount Paid:        625.00
                        Amount Credit:          0.00
                              Balance:          0.00
        REVENUE DETAIL - TYPE: COMPLAINT - NO AMT S
                           Amount Due:        375.00
                          Amount Paid:        375.00
                        Amount Credit:          0.00
                              Balance:          0.00

        REVENUE DETAIL - TYPE: JURY DEMAND - CIVIL
                           Amount Due:        250.00
                          Amount Paid:        250.00
                        Amount Credit:          0.00
                              Balance:          0.00


CASE NOTE


PROCEEDINGS
04-16-2026   **** PRIVATE **** Case filed by efiler
04-16-2026   Judge SAMUEL P CHIARA assigned.
04-16-2026   **** PROTECTED **** Filed: Complaint with Jury Demand
04-16-2026   **** PRIVATE **** Filed: Motion to Classify - Case Initiation -
             Motion to Temporarily Classify Complaint as Protected
04-16-2026   **** PRIVATE **** Filed: Request/Notice to Submit for Decision

|  | regarding Motion to Temporarily Classify Complaint as Protected |
|---|---|
| 04-16-2026 | **** PRIVATE **** Filed: Order (Proposed) Granting Motion to Temporarily Classify Complaint as Protected |
| 04-16-2026 | Fee Account created Total Due: 375.00 |
| 04-16-2026 | Fee Account created Total Due: 250.00 |
| 04-16-2026 | COMPLAINT - NO AMT S Payment Received:  375.00 |
| 04-16-2026 | JURY DEMAND - CIVIL Payment Received:  250.00 |
| 04-16-2026 | **** PRIVATE **** Filed: Return of Electronic Notification |
| 04-17-2026 | **** PRIVATE **** Filed return: Summons on Return re Google LLC upon ACCEPTED BY MIRANDA HOLEFELDER, AN INTAKE SPECIALIST AT CORPORATION SERVICE COMPANY, GOOGLE LLC'S REGISTERED AGENT for |
| 04-17-2026 | **** PRIVATE **** Filed: Return of Electronic Notification |
| 04-21-2026 | **** PRIVATE **** Filed order: Order Granting Motion to Temporarily Classify Complaint as Protected |
| 04-21-2026 | **** PRIVATE **** Filed: Return of Electronic Notification |
| 04-23-2026 | **** PRIVATE **** Filed return: Summons on Return re Alphabet, Inc. upon MORRELL, INTAKE SPECIALIST AT THE COMPANY CORPORATION, REGISTERED AGENT FOR ALPHABET, INC. for |
| 04-23-2026 | **** PRIVATE **** Filed: Return of Electronic Notification |
| 05-07-2026 | **** PRIVATE **** Filed: Appearance of Counsel/Notice of Limited Appearance (John A. Pearce) |
| 05-07-2026 | **** PRIVATE **** Filed: Return of Electronic Notification |
| 05-08-2026 | **** PRIVATE **** Filed: Appearance of Counsel/Notice of Limited Appearance (Samantha Parkin) |
| 05-08-2026 | **** PRIVATE **** Filed: Return of Electronic Notification |